FILED
November 11, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002216061

Number of Pages: 02

Douglas B. Jacobs, 084153
JACOBS, ANDERSON, POTTER & CHAPLIN
20 Independence Circle
Chico, CA 95973
Phone: 530-342-6144
Fax: 530-342-6310

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

In Re:

EDWARD VERNON LEWIS,

    Debtor.

Case No: 09-43674-B-13J

MCN: DBJ – 1

**NOTICE OF MOTION TO VALUE COLLATERAL OF SELECT PORTFOLIO SERVICING INC.**

DATE: December 29, 2009
TIME: 9:32 a.m.
DEPT: B
JUDGE: Holman

TO: U.S. TRUSTEE, TRUSTEE, CREDITORS, ANY PARTIES OF INTEREST, and to the attention of an officer, a managing or venereal agent, or other agent authorized by appointment or law to receive service of process:

NOTICE IS HEREBY GIVEN that a hearing upon the Debtors' Motion to Value the Collateral of Select Portfolio Servicing, Inc. will be held at **9:32 a.m.,** or as soon thereafter as the matter may be heard, on **December 29, 2009** before the Honorable Judge Holman, in Department B, Courtroom 33 on the 6th Floor., at the United States Bankruptcy Court for the Eastern District of California, located at 501 I Street, Sacramento, California 95814.

Number of Pages: 02

PLEASE TAKE FURTHER NOTICE that opposition, if any, to the granting of the motion shall be in writing and shall be served and filed upon Movant, the Chapter 13 Trustee, the US Trustee, all parties listed on the Proof of Service marked as "special notice," and with the Court by the responding party at least fourteen (14) calendar days preceding the date of the hearing. Unless an objection is timely filed on or before fourteen (14) calendar days before the hearing, the Court may grant the debtors' motion without further hearing.

Dated: November 5, 2009

Respectfully,

JACOBS, ANDERSON, POTTER & CHAPLIN, LLP

By: _____
Douglas B. Jacobs, Attorney for debtor

NOTICE OF MOTION TO VALUE COLLATERAL OF SELECT PORTFOLIO SERVICING, INC.
- 2 -