```
                                              FILED
                                           January 05, 2010
                                           CLERK, U.S. BANKRUPTCY COURT
                                           EASTERN DISTRICT OF CALIFORNIA
                                                   D22
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Edward Vernon Lewis | **Case No :** | 09-43674 - B - 13J |
| | | **Date :** | 12/29/09 |
| | | **Time :** | 09:32 |

| | |
|---|---|
| **Matter :** | [8] - Motion/Application to Value Collateral of Select Portfolio Servicing [DBJ-1] Filed by Debtor Edward Vernon Lewis (kwis) |
| **Judge :** | Thomas Holman |
| **Courtroom Deputy :** | Sheryl Arnold |
| **Reporter :** | Diamond Reporters |
| **Department :** | B |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the motion to value collateral pursuant to Fed. R. Bankr. P. 3012 and 11 U.S.C. § 506(a), is granted. $0.00 of Select Portfolio Servicing, Inc.'s claim secured by the second deed of trust on real property located at 914 Yosemite Drive, Chico, CA ("Property") is a secured claim, and the balance of its claim is an unsecured claim.

Dated: January 05, 2010

Thomas C. Holman
United States Bankruptcy Judge